IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LIZA MARIE ANDERSON, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.: 4:18-CV-03058 |
| | § | |
| ANDREW SAUL, | § | |
| COMMISSIONER OF THE | § | |
| SOCIAL SECURITY ADMINISTRATION, | § | |
| | § | |
| *Defendant*. | § | |

## AMENDED FINAL JUDGMENT AWARDING ATTORNEY FEES

In accordance with the Order approving counsel's fee application entered this day, it is hereby **ORDERED** that Liza Marie Anderson shall recover $5,193.67 for her reasonable and necessary attorney's fees, payable by Defendant. Defendant shall mail the check to Anderson in care of counsel, Edward A. Wicklund, 250 South Clinton Street, Suite 210, Syracuse, New York 13202.

**SIGNED** at Houston, Texas, this 1st day of November, 2019.

**CHRISTINA A. BRYAN**
**UNITED STATES MAGISTRATE JUDGE**